IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCAS JIRON,

    Plaintiff,

v.                                                                      No. 1:21-cv-1213 MV/KRS

VALENCIA COUNTY BOARD
OF COUNTY COMMISSIONERS, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

    At the Rule 16 scheduling conference held on March 15, 2022, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE