## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LUCAS JIRON,

      Plaintiff,

v.                                                                                  No. 1:21-cv-1213 MV/KRS

VALENCIA COUNTY BOARD
OF COUNTY COMMISSIONERS, et al.,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on Plaintiff's counsel's Motion to Withdraw from Representation and the Attorney-Client Relationship, (Doc. 36), filed September 22, 2022. The Motion states that Plaintiff has not consented to such withdrawal or notified his counsel of substitute counsel. Plaintiff has not responded to the Motion to Withdraw within the fourteen (14) days permitted by Local Rule 83.8(b). The Court, therefore, will set a telephonic status conference to inquire of Plaintiff whether he intends to proceed *pro se* or obtain substitute counsel.

IT IS THEREFORE ORDERED that a telephonic status conference shall be held on **November 16, 2022 at 9:30 a.m.** Plaintiff is required to telephonically attend this status conference. **All counsel and Plaintiff shall call (888) 398-2342 and enter code 8193818 to join the proceedings.**

IT IS FURTHER ORDERED that the Clerk's Office shall mail a copy of this Order to the addresses for Plaintiff provided by his counsel in the Motion to Withdraw, (Doc. 36) at 2:

Lucas Jiron                 Lucas Jiron
TR 38 House 11           TR 78 House 19
Isleta, NM 87022        Isleta, NM 87022

IT IS SO ORDERED.

_____

KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE