IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCAS JIRON,

      Plaintiff,

v.                                          1:21-CV-01213 MV/KRS

VALENCIA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW FROM REPRESENTATION AND THE ATTORNEY-CLIENT RELATIONSHIP

THIS MATTER came before the Court upon the September 22, 2022, *Motion by Counsel for Plaintiff to Withdraw from Representation and the Attorney-client Relationship*, ("Counsel's Motion"). (Doc. 36). Having considered Counsel's Motion and noting no timely objection by Plaintiff, and being otherwise fully advised in the premises, the Court FINDS:

1. Counsel for Plaintiff submitted their Motion to Withdraw on September 22, 2022.

2. In accordance with D.N.M. LR-Civ 83.8(b), Plaintiff has filed no objections to the requested relief, which constitutes consent to grant the motion.

**IT IS THEREFORE ORDERED** that the *Motion by Counsel for Plaintiff to Withdraw from Representation and the Attorney-client Relationship*, (Doc. 36), is **GRANTED**.

**IT IS SO ORDERED.**

                                                        KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE

Submitted by:

ROTHSTEIN DONATELLI LLP

*/s/ Taylor E. Smith*
TAYLOR E. SMITH
CAREY C. BHALLA
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
Tel: (505) 243-1443
Fax: (505) 242-7845
cbhalla@rothstein.com
tsmith@rothstein.com

Approved by:

LAW OFFICES OF JONLYN M. MARTINEZ, LLC

*Via email on 10/11/2022*
JONLYN M. MARTINEZ
Attorney for Defendants
P.O. Box 1805
Albuquerque, NM 87103-1805
P: (505) 247-9488
jonlyn@jmartinezlaw.net